UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BURROWS, an Individual,  )<br>  )<br>            Plaintiff,   )<br>v.   )<br>   )<br>ORCHID ISLAND TRS, LLC successors to   )<br>OPTEUM FINANCIAL SERVICES, LLC, et   )<br>al.   )<br>   )<br>            Defendants.   | Civil No. 07cv1567 BEN (WMc)<br><br>**ORDER GRANTING DEFENDANT FIRST NLC FINANCIAL SERVICES MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

Having considered Defendant First NLC Financial Services' *Ex Parte* Motion for Extension of Time to File Answer [Doc. No. 6.] and Plaintiff's Response in Opposition [Doc. No. 8], the Court GRANTS the motion for good cause appearing and ORDERS that First NLC shall respond to Plaintiff's complaint on or before **September 28, 2007.** *See* Local Civil Rule 12.1.

**IT IS SO ORDERED.**

DATED: September 20, 2007

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

Copy to:

HONORABLE ROGER T. BENITEZ, UNITED STATES DISTRICT JUDGE
ALL COUNSEL OF RECORD