```
                                                              FILED

                                                        2007 OCT 11  AM 11:07

                                                       CLERK US DISTRICT COURT
                                                     SOUTHERN DISTRICT OF CALIFORNIA

                                                     BY_____do_____DEPUTY
```

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BURROWS,<br><br>                 Burrows,<br><br>    vs.<br><br>ORCHID ISLAND TRS, LLC, et al.,<br><br>                 Defendant. | No.: 3:07cv01567-BEN (WMc)<br><br>**ORDER EXTENDING TIME FOR DEFENDANT ORCHID ISLAND TRS, LLC TO RESPOND TO PLAINTIFF MICHAEL BURROWS'S COMPLAINT**<br><br>Date:<br>Time:<br>Place:           Courtroom 9<br>Compl. Filed:   August 9, 2007<br>Trial Date:     None<br>Disc. Cut-Off:  None<br>Attached Documents:<br><br>Honorable Roger T. Benitez<br>Courtroom 3 |

## ORDER

PURSUANT TO STIPULATION BY THE PARTIES,

IT IS HEREBY ORDERED that the time for Defendant Orchid Island TRS, LLC, successor to Opteum Financial Services, LLC, is extended up to and including October 19, 2007.

SO ORDERED.

DATED: October 9, 2007

ROGER T. BENITEZ
United States District Judge